**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| V. | * | NO: 4:09CR00235-002   SWW |
| | * | |
| LUIS CARLOS PEREZ-SOSA | * | |
| | * | |
| | * | |
| | * | |

**Amendment to Judgment - Statement of Reasons**

On April 22, 2010, Defendant Luis Carlos Perez-Sosa pleaded guilty to knowingly and intentionally conspiring to possess with intent to distribute more than 5 kilograms of a mixture or substance containing cocaine hydrochloride in violation of 21 U.S.C. § 841(a)(1), and on September 8, 2010, the Court sentenced Defendant to a term of 60 months' imprisonment. Following sentencing, the United States Probation Office notified the Court that Defendant's total offense level had been miscalculated. The original pre-sentence report provides a sentencing guideline of 57 to 71 months, based on a total offense level of 25 and a criminal history category of I. However, Defendant received a two-level, minor participant reduction, in accordance with the plea agreement, making the correct total offense level 23 and the sentencing guideline 46 to 57 months. The reduction was accepted by the Court only because it was in the plea agreement.

For the reasons that follow, the Court finds that a sentence of 60 months' imprisonment is still appropriate under 18 U.S.C. § 3553(a):

(a) As stated on the record at sentencing, the Court granted a two-point reduction for minor participation because of the plea agreement but would not have otherwise done so, because, based on Defendant's undisputed conduct, he could not be described as one "who is less culpable than most other participants, but whose role could not be described as minimal." U.S. Sentencing Guidelines Manual § 3B1.2 cmt. n. 5.

(b) On September 8, 2010, the Court sentenced Joel Adam Ramirez-Romero, the codefendant, to a 60-month sentence to avoid disparity in sentencing for the same conduct. Codefendant Ramirez-Romero did not receive a two-point reduction for minor participation but received a below-guideline sentence of 60 months because that is the sentence this defendant received. It was and is this Court's intent to impose a 60-month sentence on each defendant.

For the reasons stated, the Court finds that the sentence imposed and all other terms and conditions of Defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED THIS 17TH DAY OF SEPTEMBER, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE